Julie Gutman Dickinson (SBN 148267) – *designated for service*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice forthcoming)*
jabruzzo@bushgottlieb.com
Hector De Haro (SBN 300048)
hdeharo@bushgottlieb.com
Luke Taylor (SBN 338327)
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Proposed Intervenor
International Brotherhood of Teamsters

(additional counsel on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>Defendant. | Case No. 2:25-cv-02979-TLN-CKD<br><br>Notice of Unopposed Motion and Unopposed Motion to Intervene by International Brotherhood of Teamsters<br><br>*Filed concurrently with: 1. Memorandum In Support of Proposed Intervenor International Brotherhood of Teamsters' Unopposed Motion to Intervene; 2. Declaration of David O'Brien Suetholz In Support of International Brotherhood of Teamsters' Motion to Intervene; 3. [Proposed] Order; 4. Proof of Service*<br><br>Judge:  Hon. Troy L. Nunley<br>Date:   December 18, 2025<br>Time:   2:00 p.m.<br>Crtrm.:  2<br><br>Trial Date:              None<br>Discovery Cutoff:    N/A<br>Motion Cutoff:        N/A |

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-6847

Edward M. Gleason, Jr.
ed@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
128 C Street NW
Washington, D.C. 20001
Phone: (202) 978-3507

Pamela M. Newport *(Pro hac vice forthcoming)*
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Ian Hayes
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

Attorneys for Proposed Intervenor International Brotherhood of Teamsters

**NOTICE**

TO THIS HONORABLE COURT AND COUNSEL FOR THE PARTIES:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 230(b), that on December 18, 2025, at 2:00 pm, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge Troy L. Nunley, at the United States District Court Eastern District of California located at 501 I Street, Sacramento, California 95814, the International Brotherhood of Teamsters will, and hereby does, move the Court for leave to intervene as a defendant in the above-entitled action.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 24, the International Brotherhood of Teamsters ("IBT"), by and through its undersigned counsel, hereby moves for leave to intervene as a defendant in this action. The IBT intends to defend against Plaintiff's allegation that California's AB 288 is preempted by the National Labor Relations Act ("NLRA"). The IBT has conferred with the parties' counsel concerning this motion. Neither Defendant opposes the motion. Nor does Plaintiff, who takes no position on the motion.

The Court should grant the Motion to Intervene as of right under FRCP 24(a)(2) because the IBT satisfies all four intervention factors. First, this Motion is timely since it is filed before any defendant's answer deadline and before the court has issued any rulings in this matter. Second, the IBT has a significant protectable interest in the litigation. AB 288 provides a means for the IBT and its affiliated local unions (collectively, the "Union"), along with the workers the Union represents, to enforce rights to collectively bargain with employers, free from retaliation and unlawful interference. Furthermore, AB 288 will improve the Union's finances, allowing it to better achieve its overarching goal of improving the working conditions workers it represents or

seeks to represent. Third, IBT's significant protectable interests will be adversely affected if Plaintiff succeeds in enjoining AB 288, because it will impede the IBT's ability to enforce the aforesaid rights and will diminish the IBT's finances and operations. Fourth, the current defendants do not adequately represent IBT because they represent a broader interest than the specific interests of the IBT and its members.

In the alternative, this Court should grant permissive intervention under FRCP 24(b) because the IBT's claims and defenses share common questions of law and fact with the main action, intervention will not unduly delay or prejudice adjudication of the current parties' rights, and the IBT offers unique experience and perspective that will help the Court adjudicate whether the NLRA preempts AB 288. Specifically, the IBT provides the perspective of the very workforces that AB 288 seeks to help—which perspective, absent the IBT's intervention, would not otherwise be represented in the suit. The IBT would be the only party with experience, including through its local affiliates, organizing and attempting to collectively bargain on behalf of such workforces.

This motion is based on this Notice of Motion, the accompanying Declaration of David O'Brien Suetholz sworn on October 29, 2025, the accompanying Memorandum of Law dated October 30, 2025, and on all of the pleadings and papers on file in this action.

The IBT has no objection to the Court granting the motion without oral argument. The IBT respectfully requests that the Court not deny this motion without first affording oral argument.

WHEREFORE, the International Brotherhood of Teamsters respectfully request this Court to grant its Motion to Intervene in this matter.

//

| | |
|---|---|
| 1   DATED: October 30, 2025 | BUSH GOTTLIEB |
| | A Law Corporation |

By _____

    Julie Gutman Dickinson
    jgd@bushgottlieb.com

Attorneys for International Brotherhood of Teamsters