UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIONAL LABOR RELATIONS BOARD, | Case No. 2:25-cv-02979-TLN-CKD |
|---|---|
| Plaintiff, | Order Granting International Brotherhood of Teamsters' Motion to Intervene |
| vs. | |
| STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD, | |
| Defendant. | |

Upon consideration of the Motion to Intervene by Proposed Intervenor International Brotherhood of Teamsters, the supporting papers thereto, any other papers submitted in connection with the motion, oral argument thereon, and for good cause shown, it is hereby ORDERED that:

1. The Motion to Intervene is granted.

IT IS SO ORDERED.

Dated: November 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE