NANCY E. KESSLER PLATT (D.C. Bar No. 425995)
*Associate General Counsel*
Nancy.Platt@nlrb.gov

DAWN L. GOLDSTEIN (MA Bar No. 600181)
*Deputy Associate General Counsel*
Dawn.Goldstein@nlrb.gov

CHAD A. WALLACE (D.C. Bar No. 1601387)
*Trial Attorney*
Chad.Wallace@nlrb.gov

**NATIONAL LABOR RELATIONS BOARD**
1015 HALF STREET, SE, 4TH FLOOR
WASHINGTON, DC 20570
TELEPHONE: (202) 273-2489
FAX: (202) 273-4244

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor. | Case No. 2:25−CV−02979−TLN−CKD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>*Filed concurrently with: 1. Memorandum of Law In Support of Motion For Preliminary Injunction; 2. Declaration of William B. Cowen In Support of Motion for Preliminary Injunction; and 3. [Proposed] Order*<br><br>*Application for Shortened Time Filed Separately*<br><br>Judge: Hon. Troy L. Nunley<br>Date: December 18, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Oral Argument Requested |

1

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

**NOTICE**

TO THIS HONORABLE COURT AND COUNSEL FOR THE PARTIES:

NOTICE IS HEREBY GIVEN, pursuant to Local Rules 230(b) and 231(d), that on December 18, 2025, at 2:00 pm, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge Troy L. Nunley, at the United States District Court Eastern District of California, located at 501 I Street, Sacramento, California 95814, Plaintiff National Labor Relations Board will, and hereby does, move the Court for a preliminary injunction to enjoin Defendants, the State of California and the Public Employment Relations Board, from enforcing the recently enacted California Assembly Bill No. 288.

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff National Labor Relations Board, by and through its undersigned counsel, hereby moves for a preliminary injunction to enjoin Defendants from enforcing the recently enacted California Assembly Bill No. 288, 2025 Cal. Legis. Serv. Ch. 139 (A.B. 288) (WEST) (AB 288) because it is preempted by the National Labor Relations Act. This motion is made pursuant to Fed. R. Civ. P. 65, on the grounds that Plaintiff is likely to prevail on the merits of its claim, it will suffer irreparable injury if an injunction is not granted, and the balance of equities and consideration of the public interest weigh in favor of granting an injunction. The motion is further supported because there are serious questions going to the merits of Plaintiff's claim and the balance of hardships tips sharply in Plaintiff's favor.

This motion is based on this Notice of Motion, the accompanying Declaration of William B. Cowen, sworn on November 14, 2025, the accompanying Memorandum of Law dated November 19, 2025, and on all pleadings and papers on file in this action. Per Local Rule 231(d)(3), the NLRB does not view it as necessary to present oral testimony at the hearing on the instant motion because the issues presented are purely legal. The NLRB respectfully requests that

the Court allow the parties opportunity for oral argument.

The NLRB met and conferred with counsel from the California Attorney General's office, the Public Employment Relations Board, and Intervenor the International Brotherhood of Teamsters, on November 18, 2025. Defendants' and Intervenor's counsel advised the NLRB that they will oppose the instant motion.

WHEREFORE, Plaintiff, the National Labor Relations Board, respectfully requests this Court to grant its Motion For Preliminary Injunction.

.

                                                    Respectfully submitted,

/s/ Chad A. Wallace
CHAD A. WALLACE
*Trial Attorney*
Chad.Wallace@nlrb.gov
(202) 273-2489
Contempt, Compliance, and
   Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570

Dated this 19th day of November, 2025
in Washington, D.C.