UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor. | Case No. 2:25−CV−02979−TLN−CKD<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** [*proposed*] |

It is hereby ORDERED that Defendants, the State of California and the Public Employment Relations Board, shall cease and desist from:

1. Implementing and enforcing California Assembly Bill No. 288, 2025 Cal. Legis. Serv. Ch. 139 (A.B. 288);

2. Accepting or processing any unfair labor practice charge from any party that may be subject to the National Labor Relations Act; and

3. Accepting or processing any representation petition from any party that may be subject to the National Labor Relations Act.

Defendant Public Employment Relations Board shall take the following affirmative action:

1. Notify, in writing, any party who has submitted or submits a case to the Public Employment Relations Board, pursuant to Section 2 of California Assembly Bill No. 288, 2025 Cal. Legis. Serv. Ch. 139 (A.B. 288), stating that: (a) further action on their case has

been enjoined; and (b) the National Labor Relations Act Section 10(b) (29 U.S.C. § 160(b)) requires a party to submit an unfair labor practice charge within six (6) months of the alleged unfair labor practice(s).

This Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated:

                                        Troy L. Nunley
                                        Chief U.S. District Judge

[*PROPOSED*] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION