Joy C. Rosenquist, Bar No. 214926
jrosenquist@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:  916.830.7200
Facsimile:  916.561.0828

Alex T. MacDonald, *Pro Hac Vice Pending*
amacdonald@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW, Suite 400
Washington, District of Columbia 20006
Telephone:  202.842.3400
Facsimile:  202.842.0011

Attorneys for Amici
NATIONAL FEDERATION OF INDEPENDENT
BUSINESS (NFIB) SMALL BUSINESS LEGAL
CENTER; ASSOCIATED BUILDERS AND
CONTRACTORS (ABC); CALIFORNIA
EMPLOYMENT LAW COUNCIL; THE
CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICA; AND THE
CALIFORNIA CHAMBER OF COMMERCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>  Defendants. | Case No. 2:25-cv-02979-TLN-CKD<br><br>**MOTION TO FILE AMICUS BRIEF BY NATIONAL FEDERATION OF INDEPENDENT BUSINESS (NFIB) SMALL BUSINESS LEGAL CENTER; NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS; CALIFORNIA EMPLOYMENT LAW COUNCIL (CELC); ASSOCIATED BUILDERS AND CONTRACTORS (ABC); THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AND THE CALIFORNIA CHAMBER OF COMMERCE**<br><br>Date: January 8, 2026<br>Time: 2:00 pm<br>Dept: 2<br>Trial Date:       Not Yet Set<br>Complaint Filed: October 15, 2025 |

This case is one of grave national importance. It involves a state statute—California Assembly Bill 288 ("AB 288")—that directly challenges the longstanding uniformity and supremacy of federal labor law. By authorizing a state agency to assume jurisdiction over matters governed exclusively by the National Labor Relations Act ("NLRA"), AB 288 threatens to dismantle this coherent national framework Congress established to regulate private-sector labor relations. If allowed to stand, the law would not only undermine the exclusive authority of the National Labor Relations Board ("NLRB"), but also invite a patchwork of conflicting state regimes, destabilizing labor markets across the country. Amici, through their counsel, submit this brief to explain why AB 288 is preempted by federal law and to highlight the legal, economic, and institutional risks posed by California's effort to assume control over federally governed labor matters.

The National Federation of Independent Business Small Business Legal Center, Inc. ("NFIB Legal Center") is a nonprofit, public interest law firm established to provide legal resources and be the voice for small businesses in the nation's courts through representation on issues of public interest affecting small businesses. It is an affiliate of the National Federation of Independent Business, Inc. ("NFIB"), which is the nation's leading small business association. NFIB's mission is to promote and protect the right of its members to own, operate, and grow their businesses. NFIB represents, in Washington, D.C., and all 50 state capitals, the interests of its members.

National Association of Wholesaler-Distributors ("NAW") is an employer and a non-profit, non-stock, incorporated trade association that represents the wholesale distribution industry — the essential link in the supply chain between manufacturers and retailers as well as commercial, institutional, and governmental end users. NAW is made up of direct-member companies and a federation of national, regional, and state associations across 19 commodity lines of trade which together include approximately 35,000 companies operating nearly 150,000 locations throughout the nation. The overwhelming majority of wholesaler distributors are small-to-medium-size, closely held businesses. As an industry, wholesale distribution generates more than $8 trillion in annual sales volume providing stable and well-paying jobs to more than 6 million workers.

The California Employment Law Council (CELC) is a voluntary, non-profit organization that promotes the common interests of employers and the public in fostering the development in California of

reasonable, equitable, and progressive rules of employment law. CELC's membership includes roughly 80 private-sector employers in California who collectively employ more than a half-million Californians. CELC has participated as an *amicus* in many of California's leading employment cases and several cases before the U.S. Supreme Court.

Associated Builders and Contractors (ABC) is a national construction industry trade association representing more than 23,000 members. Founded on the merit shop philosophy, ABC and its 67 chapters help members develop people, win work, and deliver that work safely, ethically, and profitability for the betterment of the communities in which ABC its members work. ABC's membership represents all specialties within the U.S. construction industry and comprises primarily firms that perform work in the industrial and commercial sectors.

The Chamber of Commerce of the United States of America is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than 3 million companies and professional organizations of every size, in every industry sector, and from every region of the country. An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts. To that end, the Chamber regularly files *amicus curiae* briefs in cases, like this one, that raise issues of concern to the nation's business community.

The California Chamber of Commerce ("CalChamber") is a non-profit business association with approximately 12,000 members, both individual and corporate, representing 25% of the state's private sector workforce and virtually every economic interest in the state of California. While CalChamber represents several of the largest corporations in California, 70% of its members have 100 or fewer employees. CalChamber acts on behalf of the business community to improve the state's economic and jobs climate by representing business on a broad range of legislative, regulatory and legal issues.

Amici are committed to a rational, orderly, and fair system of law, including labor law. They support a legal framework that protects workers while ensuring consistency in labor relations. Amici therefore have grave concerns with California Assembly Bill 288, which threatens to fracture the national cohesion of labor law by transferring jurisdiction over private-sector labor matters from the NLRB to a state agency, the Public Employee Relations Board ("PERB"). As this brief explains, such a transfer

contradicts the foundational design of federal labor policy, which channels disputes into a single, uniform system administered by the NLRB. AB 288 would invite conflicting state-level interventions, undermining the stability of national labor markets and exposing employers and workers alike to uncertainty and disruption. Amici submit this brief to help the Court evaluate those risks.

The District Court possesses "broad discretion" as to whether to permit the filing of an amicus brief"even though such briefs are not specifically provided for in the Federal Rules of Civil Procedure. *Foothill Church v. Watanabe*, 623 F. Supp. 3d 1079, 1084 (E.D. Cal. 2022). The filing of an amicus brief should normally be allowed when, among other considerations, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *N. Sec. Co. v. United States*, 191 U.S. 555, 556 (1903)).

Counsel for Amici contacted counsel for the parties to request consent to file this brief. Counsel for Plaintiff consented. Counsel for Defendants and Intervenors indicated that they did not object.

Amici therefore respectfully move the Court to permit them to submit this amicus brief, which is attached to this motion.

Dated:  November 25, 2025                LITTLER MENDELSON, P.C.


/s/ Joy C. Rosenquist
JOY C. ROSENQUIST
ALEX T. MACDONALD
Attorneys for Amici
NATIONAL FEDERATION OF INDEPENDENT BUSINESS (NFIB) SMALL BUSINESS LEGAL CENTER; NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS; CALIFORNIA EMPLOYMENT LAW COUNCIL; THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AND THE CALIFORNIA CHAMBER OF COMMERCE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*/s/ Sophia Masada*
SOPHIA MASADA

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200

5.   CASE NO. 2:25-cv-02979-TLN-CKD
MOTION TO FILE AMICUS BRIEF OF (NFIB) SMALL BUSINESS CENTER; (ABC); CALIFORNIA LAW COUNCIL; AND THE CHAMBER OF COMMERCE OF THE UNITES STATES OF AMERICA