J. FELIX DE LA TORRE, Bar No. 204282
General Counsel
JOSEPH W. ECKHART, Bar No. 284628
Deputy General Counsel
1031 18th Street
Sacramento, CA 95811-4174
Telephone:   (916) 322-3198
Facsimile:   (916) 327-6377
E-mail:      PERBLitigation@perb.ca.gov

Attorneys for Defendant,
PUBLIC EMPLOYMENT RELATIONS BOARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>　　　　　Defendants.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br><br>　　　　　Intervenor. | Case No.: 2:25-cv-02979-TLN-CKD<br><br>**NOTICE OF JOINDER BY PUBLIC EMPLOYMENT RELATIONS BOARD TO STATE OF CALIFORNIA'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION FILED BY NATIONAL LABOR RELATIONS BOARD**<br><br>Date:　December 17, 2025<br>Time:　1:30 p.m.<br>Courtroom.:　2<br>Judge: Hon. Troy L. Nunley |

　　　The Public Employment Relations Board (PERB), hereby provides notice of its joinder in the Opposition to the National Labor Relations Board's Motion for Preliminary Injunction, filed by Defendant State of California on December 3, 2025. (ECF No. 17).

　　　PERB adopts by reference the arguments, legal analysis, and relief requested in Defendant State of California's Opposition brief in their entirety, since they pertain to PERB's interests. Specifically, PERB shares a fundamental interest in defending the constitutional validity of the duly enacted state statute, AB 288. PERB's statutory jurisdiction over the newly

included employees depends directly on upholding AB 288 against the Plaintiff's federal preemption claim.

PERB submits that filing this Notice of Joinder avoids unnecessary duplication of effort and redundant briefing, which serves the interests of judicial economy.

For the reasons stated in the Opposition brief filed by the State of California, PERB respectfully requests that this Court deny the Plaintiff's Motion for Preliminary Injunction.

Dated:  December 4, 2025                                Respectfully submitted,

J. FELIX DE LA TORRE, General Counsel
JOSEPH W. ECKHART, Deputy General Counsel

By  */s/ J. Felix de La Torre*
J. FELIX DE LA TORRE, General Counsel
Attorneys for Defendant
PUBLIC EMPLOYMENT RELATIONS BOARD