Rob Bonta, State Bar No. 202668
Attorney General of California
Lara Haddad, State Bar No. 319630
Supervising Deputy Attorney General
Joseph H. Meeker, State Bar No. 336725
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 269-6502
  Fax: (916) 731-2124
  E-mail:  Joe.Meeker@doj.ca.gov
*Attorneys for Defendant State of California,
appearing by and through the Labor and Workforce
Development Agency*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,**<br><br>                              Defendants,<br><br>**INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**<br><br>                    Intervenor-Defendant. | 2:25-cv-02979<br><br>**DEFENDANT STATE OF CALIFORNIA'S NOTICE OF ERRATA REGARDING OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 17)** |

---

[1] The Complaint names only the State of California. The Labor and Workforce Development Agency, through its attorney, appears on behalf of the State.

Defendant State of California, appearing by and through the Labor and Workforce Development Agency, respectfully submits this Notice of Errata regarding its Brief in Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 17) ("Opposition Brief"). Page 16 of the Opposition Brief mistakenly quotes Declarant Alexandra Suh as stating that "an overwhelming majority" of the lead worker organizers no longer work at the grocery store she helped organize. *See* Dkt. 17 at 16, lines 17-18 (citing Suh Decl. ¶ 18.[2]) In her declaration, Suh states only that "a majority" of the lead worker organizers no longer work there. *See* Suh Decl. ¶ 18, line 19. Defendant State of California regrets the error.

Dated:  December 5, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General


/s/ Joe Meeker
JOSEPH H. MEEKER
Deputy Attorney General
*Attorneys for Defendants*
*Labor and Workforce Development Agency*

---

[2] Ms. Suh's declaration was provided to the court by Intervenor-Defendant International Brotherhood of Teamsters as an attachment to its Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction. *See* Dkt. 16-1.

1

Def. State of Cal.'s Notice of Errata Re Opp'n to Pl.'s Mot. for Prelim. Injunction (2:25-cv-02979)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **National Labor Relations Board v. State of California, Public Employment Relations Board** | Case No. | **2:25-cv-02979** |

I hereby certify that on <u>December 5, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT STATE OF CALIFORNIA'S NOTICE OF ERRATA REGARDING OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (DKT. 17)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 5, 2025</u>, at Los Angeles, California.

|  |  |
|:---:|:---:|
| Linda Zamora | /s/ Linda Zamora |
| Declarant | Signature |

SA2025305615
68108236