

# United States District Court
# Eastern District of California

National Labor Relations Board

Plaintiff(s)

V.

State of California, et al.

Defendant(s)

Case Number: 2:25-cv-02979-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander T. MacDonald hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amici NFIB Small Business Legal Center, Nat'l Assn. of Wholesaler-Dealers, ABC, et al.

On 11/24/2025 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 11/24/2025    Signature of Applicant: /s/ Alexander T. MacDonald

**Pro Hac Vice Attorney**

Applicant's Name: Alexander T. MacDonald

Law Firm Name: LITTLER MENDELSON, P.C.

Address: 815 Connecticut Avenue NW, Suite 400

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 842-3400

City and State of Residence: Bethesda, Maryland

Primary E-mail Address: AMacDonald@littler.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joy C. Rosenquist

Law Firm Name: LITTLER MENDELSON, P.C.

Address: 500 Capitol Mall, Suite 2000

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 830-7200   Bar #: 214926

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 4, 2025

_____
JUDGE, U.S. DISTRICT COURT