```
 1  ROB BONTA, State Bar No. 202668
    Attorney General of California
 2  LARA HADDAD, State Bar No. 319630
    Supervising Deputy Attorney General
 3  JOSEPH H. MEEKER, State Bar No. 336725
    Deputy Attorney General
 4   300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
 5   Telephone:  (213) 269-6502
     Fax:  (916) 731-2124
 6   E-mail:  Joe.Meeker@doj.ca.gov
    Attorneys for Defendant State of California,
 7  appearing by and through the Labor and Workforce
    Development Agency[1]
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>　　　　　　　　Defendants,<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　　　　　Intervenor-Defendant. | 2:25-cv-02979<br><br>**DEFENDANT STATE OF CALIFORNIA'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Judge:　　　Hon. Troy Nunley<br>Trial Date:　None<br>Action Filed:　10/15/2025 |

---

[1] The Complaint names only the State of California. The Labor and Workforce Development Agency, through its attorney, answers on behalf of the State.

Defendant State of California, appearing by and through the Labor and Workforce Development Agency ("Defendant"), submits its answer in response to Plaintiff National Labor Relations Board's ("Plaintiff") Complaint for Declaratory and Injunctive Relief ("Complaint") (Dkt. 1). Defendant hereby answers the Complaint, in paragraphs that correspond to the Complaint's paragraphs, as follows:

## INTRODUCTION[2]

1. <u>Paragraph No. 1.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

2. <u>Paragraph No. 2.</u> This paragraph consists of allegations that contain argument and legal contentions, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

## JURISDICTION AND VENUE

3. <u>Paragraph No. 3.</u> Defendant ADMITS that the Court has jurisdiction over this case. With respect to the remaining allegations in this paragraph, Defendant lacks sufficient information or belief to respond to those allegations, and on that basis, DENIES each and every remaining allegation.

4. <u>Paragraph No. 4.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

5. <u>Paragraph No. 5.</u> Defendant ADMITS that venue is proper in this district. With respect to the remaining allegations in this paragraph, Defendant lacks sufficient information or belief to respond to those allegations, and on that basis DENIES each and every remaining allegation.

---

[2] For the convenience of the Court and the parties, Defendant utilizes certain headings as set forth in the Complaint. In doing so, Defendant neither admits nor denies any allegations that may be suggested by the Complaint's headings.

**PARTIES**

6. Paragraph No. 6. On information and belief, Defendant ADMITS that the National Labor Relations Board ("NLRB") is a federal agency created in 1935 by Congress. The remaining allegations consist of argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every remaining allegation.

7. Paragraph No. 7. Defendant ADMITS that the State of California is a state of the United States.

8. Paragraph No. 8. Defendant ADMITS that Defendant Public Employment Relations Board ("PERB") is an agency of the State of California. On information and belief, Defendant DENIES the remaining allegations in this paragraph to the extent that the allegations limit the scope of PERB's purview or jurisdiction.

**BACKGROUND**

9. Paragraph No. 9. This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

10. Paragraph No. 10. This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

11. Paragraph No. 11. This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

12. Paragraph No. 12. This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

13. <u>Paragraph No. 13.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

14. <u>Paragraph No. 14.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

15. <u>Paragraph No. 15.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

16. <u>Paragraph No. 16.</u> This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

17. <u>Paragraph No. 17.</u> Defendant ADMITS that defendant PERB is a state agency in California. On information and belief, Defendant DENIES the remaining allegations in this paragraph to the extent that the allegations limit the scope of PERB's purview or jurisdiction to the subjects enumerated in this paragraph.

18. <u>Paragraph No. 18.</u> This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

19. <u>Paragraphs Nos. 19(a-b).</u> Defendant ADMITS that on September 30, 2025, Gavin Newsom, Governor of the State of California, signed into law California Assembly Bill No. 288 ("AB 288"). The remaining allegations in Paragraphs 19(a) and 19(b) consist of legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation in subparagraphs 19(a)-19(b).

20. <u>Paragraph No. 20.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

21. <u>Paragraph No. 21.</u> This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

22. <u>Paragraph No. 22.</u> This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

23. <u>Paragraph No. 23.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

24. <u>Paragraph No. 24.</u> This paragraph consists of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

25. <u>Paragraphs Nos. 25(a-d).</u> Paragraphs 25, 25(a), 25(b), 25(c), and 25(d) consist of allegations that contain legal contentions and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation in Paragraph 25 and subparagraphs 25(a)-25(d).

26. <u>Paragraph No. 26.</u> This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

27. <u>Paragraphs Nos. 27(a-f).</u> Paragraphs 27, 27(a), 27(b), 27(c), 27(d), 27(e), and 27(f) consist of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation in Paragraph 27 and subparagraphs 27(a)-27(f).

28. <u>Paragraph No. 28</u>. Defendant DENIES each and every allegation in this paragraph.

29. <u>Paragraph No. 29</u>. This paragraph consists of allegations that contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every allegation.

30. <u>Paragraph No. 30</u>. Defendant DENIES each and every allegation in this paragraph.

31. <u>Paragraph No. 31</u>. Defendant DENIES each and every allegation in this paragraph.

## CLAIM FOR RELIEF

1. <u>Claim for Relief Paragraph No. 1</u>. Defendant incorporates by reference the answers in Paragraphs 1 through 31 above.

2. <u>Claim for Relief Paragraph No. 2</u>. Defendant DENIES each and every allegation in this paragraph.

3. <u>Claim for Relief Paragraph No. 3</u>. Defendant DENIES each and every allegation in this paragraph.

4. <u>Claim for Relief Paragraph No. 4</u>. Defendant DENIES that Plaintiff is entitled to declaratory or injunctive relief. Defendant DENIES that AB 288 conflicts with federal law. The remaining allegations in this paragraph contain argument, legal contentions, and legal authorities that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant DENIES each and every remaining allegation.

## PRAYER FOR RELIEF

Defendant DENIES that Plaintiff is entitled to the relief set forth in the Prayer for Relief immediately following Claim for Relief Paragraph 4, or to any relief whatsoever. To the extent that the Prayer for Relief states any allegations, Defendant DENIES each and every one of them.

In addition, and without admitting any allegations contained in the complaint, Defendant asserts the following affirmative defenses based on information and belief:

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

The Complaint, and every cause of action therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

### THIRD AFFIRMATIVE DEFENSE

To the extent that Defendant has undertaken any conduct with regard to the subjects and events underlying Plaintiff's Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

### FOURTH AFFIRMATIVE DEFENSE

The claims asserted in the Complaint are barred, in whole or in part, by the State of California's sovereign immunity as guaranteed by the Eleventh Amendment to the United States Constitution and the structure of the federal system.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to maintain this action under Article III of the Constitution because it has failed to allege a concrete, particularized, and redressable injury-in-fact to a legally protected interest of the federal government.

### SIXTH AFFIRMATIVE DEFENSE

Defendant has not knowingly or intentionally waived any applicable affirmative defense. Defendant reserves the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. Defendant further reserves the right to amend the Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

WHEREFORE, Defendant prays that:

1. Plaintiff take nothing by reason of the Complaint;

2. Judgment be entered in favor of Defendant;

3. Defendant be awarded costs incurred in defending this action; and

4. Defendant be awarded such further relief that the Court may deem just and proper.

Defendant State of California's Answer to Complaint (2:25-cv-02979)

| | | |
|---|---|---|
| 1 | Dated: January 9, 2026 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | LARA HADDAD<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | /s/ Joe Meeker<br>JOSEPH H. MEEKER |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | | *Labor and Workforce Development Agency* |
| 9 | SA2025305615 | |

Defendant State of California's Answer to Complaint (2:25-cv-02979)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **National Labor Relations Board v. State of California, Public Employment Relations Board** | Case No. | **2:25-cv-02979** |

I hereby certify that on <u>January 9, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT STATE OF CALIFORNIA'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 9, 2026</u>, at Los Angeles, California.

|  |  |
|:---:|:---:|
| Linda Zamora | /s/ Linda Zamora |
| Declarant | Signature |

SA2025305615
68183341