AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

National Labor Relations Board
*Plaintiff*
v.
State of California and Public Employment Relations Bc
*Defendant*

Case No. 2:25-CV-02979-TLN-CKD

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NATIONAL LABOR RELATIONS BOARD .

Date: 08/23/2026

Nancy Reibstein
*Attorney's signature*

NANCY REIBSTEIN, MA 557713
*Printed name and bar number*

1015 HALF STREET, S.E.
WASHINGTON, D.C. 20570
*Address*

nancy.reibstein@nlrb.gov
*E-mail address*

718-765-6155
*Telephone number*

*FAX number*

Print Save As... Reset