DAWN L. GOLDSTEIN (MA Bar No. 600181)
*Associate General Counsel*

WILLIAM R. WARWICK (IN Bar No. 3090379)
*Supervisory Trial Attorney*

TAMMY L. FARMER (NY Bar No. 4022836)
*Attorney Advisor*

NANCY K. REIBSTEIN (MA Bar No. 557713)
*Attorney Advisor*

CHAD A. WALLACE (D.C. Bar No. 1601387)
*Trial Attorney*

**NATIONAL LABOR RELATIONS BOARD**
1015 HALF STREET, SE, 4TH FLOOR
WASHINGTON, DC 20570
TELEPHONE: (202) 273-2489
FAX: (202) 273-4244
Chad.Wallace@nlrb.gov

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>Defendants,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor. | Case No. 2:25−CV−02979−TLN−CKD<br><br>**PLAINTIFF'S RESPONSE AND PARTIAL OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF AND REQUEST TO SET BRIEFING SCHEDULE; REQUEST TO MODIFY PAGE LIMITS** |

Plaintiff opposes Defendants' attempt to turn what should be a straightforward, agreed-upon briefing schedule into an opportunity to express their grievances regarding Plaintiff's filing of its Motion for Summary Judgment on August 26, 2026. *See* ECF No. 39. Plaintiff's summary judgment motion was properly noticed and filed according to the Federal and Local Rules and this Court's Civil Standing Order. Plaintiff offered several times to join a stipulation through an administrative motion, but only as to brief scheduling, consolidation, and page limits, in accordance with Local Rules 143 and 233. *See* Declaration of Joseph Meeker, ECF No. 41-1, Exh. A at 8–9, 11–12, 14–16.

This Court issued a preliminary injunction eight months ago. ECF No. 30. This case is ripe for summary judgment because the instant facial preemption challenge presents a pure question of law, for which no discovery is necessary. Defendants' and Intervenors' arguments to the contrary are best dealt with via the Rule 56 process. *See* Fed. R. Civ. P. 56(d).

[*This space intentionally left blank*]

Plaintiff does not object to the relief requested as presented in the Proposed Order (ECF No. 41-2).

Respectfully submitted,

DAWN L. GOLDSTEIN
Associate General Counsel

WILLIAM R. WARWICK
Supervisory Trial Attorney

TAMMY L. FARMER
Attorney Advisor

NANCY K. REIBSTEIN
Attorney Advisor

/s/ Chad A. Wallace
CHAD A. WALLACE
*Trial Attorney*
Chad.Wallace@nlrb.gov
(202) 273-2489
Contempt, Compliance, and
Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570

Dated this 27th day of August, 2026
in Washington, D.C.