IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**NATIONAL LABOR RELATIONS BOARD,**

Plaintiff,

**v.**

**STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,**

Defendants,

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**

Intervenor-Defendant.

2:25-cv-02979-TLN-CKD

**ORDER GRANTING EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF, REQUEST TO SET BRIEFING SCHEDULE, AND REQUEST TO MODIFY PAGE LIMITS**

Upon consideration of Defendant State of California's ex parte application for administrative relief, request to set a briefing schedule, and request to modify page limits, and good cause appearing, it is hereby ORDERED that:

1. Defendants (the State of California, by and through the California Labor & Workforce Development Agency, the Public Employment Relations Board, and Intervenor-Defendant International Brotherhood of Teamsters), will file any oppositions to the National Labor Relations Board's (NLRB) motion for summary judgment by September 22, 2026. Defendant State of California will file a cross-motion for summary judgment concurrently with its opposition to the NLRB's motion.
2. The State will consolidate its response to the NLRB's motion for summary judgment and the State's brief in support of its own cross-motion for summary judgment into one brief not to exceed 30 pages.

3. All parties will submit any responses to the State's cross-motion for summary judgment by October 19, 2026.
4. The NLRB will submit any reply to Defendants' responses to the NLRB's motion for summary judgment by October 19, 2026.
5. The NLRB will consolidate its response to the State's cross-motion for summary judgment and its reply to the parties' responses to the NLRB's motion for summary judgment into one brief not to exceed 30 pages.
6. The State will submit any reply to the parties' responses to the State's cross-motion for summary judgment by October 29, 2026.

IT IS SO ORDERED.

DATED: August 27, 2026

Troy L. Nunley
Chief United States District Judge