Dylan B. Carp (State Bar No. 196846)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Dylan.Carp@jacksonlewis.com

Attorneys for Proposed Amici Curiae
COALITION FOR A DEMOCRATIC WORKPLACE
INTERNATIONAL FOODSERVICE DISTRIBUTORS ASSOCIATION
NATIONAL RETAIL FEDERATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br><br>Defendants.<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Intervenor-Defendant. | Case No. 2:25-cv-02979-TLN-CKD<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE COALITION FOR A DEMOCRATIC WORKPLACE, INTERNATIONAL FOODSERVICE DISTRIBUTORS ASSOCIATION, AND NATIONAL RETAIL FEDERATION IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Troy L. Nunley<br>Date: November 12, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Trial Date: Not Yet Set<br>Complaint Filed: 10/15/2025 |

Proposed amici curiae Coalition for a Democratic Workplace ("CDW"), International Foodservice Distributors Association ("IFDA"), and National Retail Federation ("NRF") move for leave to file the proposed amicus brief attached as Exhibit A in support of Plaintiff National Labor Relations Board's motion for summary judgment.

CDW is a trade organization composed of hundreds of organizations representing millions of businesses that employ tens of millions of workers nationwide. Its members include national, regional, and state employer associations and businesses ranging from single-worksite employers to companies with integrated multistate operations.

IFDA is a leading trade association representing foodservice distributors throughout the United States. IFDA members play a crucial role in the foodservice supply chain, delivering food and related products to restaurants, K-12 schools, hospitals and care facilities, hotels and resorts, U.S. military bases and government facilities, and other operations that make meals away from home possible. The industry generates $400+ billion in sales, employs 431,000 people, and operates 17,100 distribution centers in all 50 states and the District of Columbia.

Established in 1911, NRF is the world's largest retail trade association and the voice of retail worldwide. Retail is the largest private-sector employer in the United States. NRF's membership includes retailers of all sizes, formats, and channels of distribution, spanning all industries that sell goods and services to consumers. NRF provides courts with the perspective of the retail industry on important legal issues impacting its members. To ensure that the retail community's position is heard, NRF often files amicus curiae briefs expressing the views of the retail industry on a variety of topics.

Amici and their members have a direct interest in a lawful, predictable federal labor-relations system and in the practical consequences of allowing the NLRB and California's Public Employment Relations Board ("PERB") to exercise authority over the same disputes.

Although the Federal Rules of Civil Procedure do not specifically address amicus briefs in district court, this Court has "broad discretion" to permit them. *Foothill Church v. Watanabe*, 623 F. Supp. 3d 1079, 1084 (E.D. Cal. 2022). Leave is appropriate when the proposed amicus offers information or a perspective that can assist the Court beyond the parties' presentations. *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). The proposed brief satisfies that standard.

The proposed brief accepts the NLRB's general preemption framework and develops points of particular concern to employers. It explains why *Margolin v. Nat'l Ass'n of Immigr. Judges*, 608 U.S. 339 (2026) (per curiam), and *Trump v. Slaughter*, 146 S. Ct. 2283 (2026), do not turn federal dysfunction or removal litigation into state jurisdiction; addresses the substantive limits Congress placed on state labor jurisdiction in NLRA §§ 10(a) and 14(c); distinguishes

federal exclusions that leave room for state regulation from those that embody a federal policy a State may not reverse; and shows how AB 288 can leave an employer facing competing bargaining units or representatives, opposite rulings on the same conduct, compulsory contract terms, and substantial penalties without any priority rule or safe harbor.

The motion is timely and will not prejudice any party or delay the case. The proposed brief addresses legal issues already presented by the NLRB's pending summary-judgment motion, relies on the existing record and authorities, and requests no discovery, evidentiary hearing, or change to the case schedule.

Pursuant to the Court's Civil Standing Order, counsel for amici met and conferred with counsel for Plaintiff, Defendants, and Intervenor on September 8, 2026. Plaintiff and Defendants consent. Intervenor did not take a position. The proposed brief is attached as Exhibit A, as Local Rule 137(c) requires, and amici are submitting a proposed order separately.

For these reasons, amici respectfully request leave to file the proposed amicus brief attached as Exhibit A in support of the NLRB's motion for summary judgment.

Respectfully submitted,

Dated: September 17, 2026 JACKSON LEWIS P.C.

By: /s/ Dylan B. Carp
Dylan B. Carp
Attorneys for Proposed Amici Curiae
COALITION FOR A DEMOCRATIC WORKPLACE
INTERNATIONAL FOODSERVICE DISTRIBUTORS ASSOCIATION
NATIONAL RETAIL FEDERATION

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I caused the foregoing Motion for Leave to File Brief of Amici Curiae Coalition for a Democratic Workplace, International Foodservice Distributors Association, and National Retail Federation, and the proposed amicus brief submitted as Exhibit A to be filed electronically through the Court's CM/ECF system. The CM/ECF system will send notice of the filing to all registered participants, and any participant not receiving electronic notice will be served by an authorized method.

By: /s/ Dylan B. Carp
Dylan B. Carp
Attorneys for Proposed Amici Curiae
COALITION FOR A DEMOCRATIC WORKPLACE
INTERNATIONAL FOODSERVICE DISTRIBUTORS ASSOCIATION
NATIONAL RETAIL FEDERATION