UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>Plaintiff,<br>vs.<br>STATE OF CALIFORNIA and the PUBLIC EMPLOYMENT RELATIONS BOARD,<br>Defendant.<br>and<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br>Intervenor. | Case No. 2:25-cv-02979-TLN-CKD<br>**Order Granting Intervenor International Brotherhood of Teamsters' Opposed Motion for Administrative Relief Seeking Leave to File Conditional Cross-Motion For Summary Judgment and Seeking Related Relief** |

Upon consideration of Intervenor International Brotherhood of Teamsters' ("IBT" or "Intervenor") opposed motion for administrative relief seeking leave to file conditional cross-motion for summary judgment and seeking related relief, and good cause appearing, it is hereby ORDERED that:

1. Intervenor will file a conditional cross-motion for summary judgment concurrently with its opposition to the NLRB's motion for summary judgment. The Court will rule on this cross-motion for summary judgment only in the event that it denies Intervenor's forthcoming Rule 56(d) motion to continue the parties' motions for summary judgment. Should the Court grant Intervenor's Rule 56(d) motion, Intervenor will file a superseding motion for summary judgment after completion of discovery. Intervenor will file its Rule 56(d) motion pursuant to Rule 233 on or before the date Intervenor files its opposition and conditional cross-motion for summary

judgment. Any responses to the Rule 56(d) motion will be filed within five days pursuant to Rule 233(b).

2. Intervenor will consolidate its Memorandum of Points and Authorities in opposition to the NLRB's motion for summary judgment and its Memorandum of Points and Authorities in support of its own cross-motion for summary judgment into one brief not to exceed ~~40~~ **thirty (30)** pages.

3. All parties will submit any responses to Intervenor's cross-motion for summary judgment by 10/19/2026. The NLRB will consolidate its response to Intervenor's cross-motion for summary judgment with its response to the State's cross-motion for summary judgment and its reply to the parties' responses to the NLRB's motion for summary judgment. Intervenor will submit any reply to the parties' responses to Intervenor's cross-motion for summary judgment by 10/29/2026.

IT IS SO ORDERED.

Dated: September 21, 2026

Troy L. Nunley
Chief United States District Judge